ROBERT C. WELSH (#130782)
F. CURT KIRSCHNER, JR. (#122502)
CHRISTOPHER T. SCANLAN (#211724)
NINA KANI (S.B. #221652)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3344
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiffs
SUTTER HEALTH, SUTTER HEALTH SACRAMENTO SIERRA REGION, ALTA BATES SUMMIT MEDICAL CENTER, CALIFORNIA PACIFIC MEDICAL CENTER, EDEN MEDICAL CENTER, MARIN GENERAL HOSPITAL, MILLS PENINSULA HEALTH SERVICES, ST. LUKE'S HOSPITAL, SUTTER DELTA MEDICAL CENTER, SUTTER SOLANO MEDICAL CENTER, MEMORIAL HOSPITAL LOS BANOS, SUTTER AMADOR HOSPITAL, SUTTER LAKESIDE HOSPITAL, and MEMORIAL HOSPITALS ASSOCIATION

ELIZABETH A. LAWRENCE (#111781)
JONI JACOBS (#178936)
RAMIT MIZRAHI (#233315)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:   (415) 597-7200
Facsimile:    (415) 597-7201

Attorneys for Defendant
UNITE HERE

# UNITED STATES DISTRICT COURT

# IN THE EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTER HEALTH, a California Nonprofit Public Benefit Corporation, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITE HERE, an Unincorporated Association, and DOES 1 through 100, <br><br> Defendants. | Case No. 2:05-CV-1081 MCE-PAN <br><br> **STIPULATION EXTENDING TIME TO SUBMIT JOINT STATUS REPORT; ORDER THEREON** <br><br> Judge:   Morrison C. England |

WHEREAS the Court has, pursuant to its Standing Order, set a deadline of July 27, 2005 for the parties to submit a Joint Status Report pursuant to Fed. R. Civ. P. 26(f), and

WHEREAS on June 27, 2005, Plaintiffs filed a Notice of Motion and Motion to Remand with Requests for Fees and Costs, to remand this case to the Superior Court for the State of California, County of Placer, where this action was original filed, and

WHEREAS Plaintiffs' Motion to Remand is scheduled for hearing before this Court on July 25, 2005, and

WHEREAS the parties agree that this Court's ruling on the Motion to Remand will have a material impact on their Rule 26(f) obligations,

THE PARTIES RESPECTFULLY request an order continuing the deadline for filing a Joint Status Report by thirty days, to August 29, 2005.

| | | |
|---|---|---|
| 1 | Dated: July 1, 2005. | ROBERT C. WELSH |
| 2 | | F. CURT KIRSCHNER JR. |
| | | CHRISTOPHER T. SCANLAN |
| 3 | | NINA KANI |
| | | O'MELVENY & MYERS LLP |

By:/s/
        Christopher T. Scanlan

Attorneys for Plaintiffs

Dated: July 1, 2005.      ELIZABETH A. LAWRENCE
                                      JONI JACOBS
                                      RAMIT MIZRAHI
                                      DAVIS, COWELL & BOWE, LLP

By:/s/
        Elizabeth A. Lawrence[1]

Attorneys for Defendant

---

[1] Counsel e-filing this stipulation represents that he has obtained the express permission of Elizabeth A. Lawrence, counsel for Defendant UNITE, to file this stipulation on behalf of both parties.

3

**ORDER**

The time for the parties to submit a Joint Status Report pursuant to the Court's Standing Order is hereby CONTINUED to **August 29, 2005**.

Date: July 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE